# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MIGUEL ORTIZ CUEVAS,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL B. MUKASEY, et al.,<br><br>    Respondent. | Civil No.   08-1520 DMS (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.

A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than October 22, 2008. The Clerk of Court is directed to send Petitioner a blank request to proceed in forma pauperis form**.

**IT IS SO ORDERED.**

DATED: August 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge